

Bankruptcy Specialist
Bankruptcy Department

**SunTrust Bank**
P.O. Box 27767
Richmond, VA  23261
Tel  800.635.3112
Fax  804.787.9931 or 804.787.9932

Date: 09/26/2019

EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES BANKRUPTCY COURT

In re:

Case  19-14258
Chapter 13

GINA ARIAS

Debtor.

_____/

## NOTICE OF WITHDRAWAL

    PLEASE TAKE NOTICE that Secured Creditor, SunTrust Bank, hereby withdraws the

Reaffirmation Agreement Between Debtor and SunTrust Bank Filed by SunTrust Bank. (Conner,

Jake) (Entered: 09/26/2019).  It was filed in error.

Sincerely,

/s/ Jake Conner



Digitally signed by /s/ Jake Conner
DN: cn=/s/ Jake Conner, o=SunTrust Bank,
ou=Mortgage Bankruptcy,
email=MortgageBankruptcy@SunTrust.com,
c=US
Date: 2019.09.26 14:20:16 -04'00'

Bankruptcy Department

**This communication is an attempt to collect a debt and any information you provide, whether written or verbal, will be used for that purpose.  However, if your debt is discharged in bankruptcy or you are protected by the automatic stay in a bankruptcy proceeding, SunTrust recognizes that you may not be liable for this debt and this letter is not an attempt to collect a debt but is being sent for notice purposes only.**
Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is The Federal Reserve Bank of Atlanta.  Any questions concerning this creditor should be directed to the Federal Reserve Consumer Help Center, P.O. Box 1200, Minneapolis, MN 55480, toll-free number:  (888)851-1920, fax number:  (877)888-2520, TDD number:  (877) 766-8533.



SunTrust Bank is an Equal Housing Lender. Member FDIC. ©2007, SunTrust Banks, Inc. All rights reserved.  SunTrust and *Seeing beyond money* are federally registered service marks of SunTrust Bank

# CERTIFICATE OF SERVICE

I, Jake Conner, do hereby certify that a true and exact copy of the foregoing Notice of Withdrawal was served by United States mail and/or electronic filing on 09/26/2019 , addressed as follows:

Debtor:

GINA ARIAS
263 Doone Road
Fairless Hills, PA 19030

Debtor's Atty:

BRAD J SADEK
SADEK AND COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

Trustee:

BONNIE B. FINKEL
Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

 /s/ Jake Conner   Digitally signed by /s/ Jake Conner
DN: cn=/s/ Jake Conner, o=SunTrust Bank, ou=Mortgage
Bankruptcy, email=MortgageBankruptcy@SunTrust.com, c=US
Date: 2019.09.26 14:20:27 -04'00'

Bankruptcy Processor for SunTrust Bank